# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144035(17)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC:  144035
                                                     COA:  302919
                                                     Saginaw CC:  03-022745-FC
CHARLES HENRY ARTHUR,
          Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's July 24, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

d1113